AO 108 (Rev. 06/09)  Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>All funds held in the Pueblo Bank and Trust Account<br>#102296006 in the name of Top Dollar Pawn LLC<br>eBay North | )<br>)<br>)<br>)<br>) |

Case No.  22-mc-00131-SKC

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of
_____Colorado_____ is subject to forfeiture to the United States of America under ____18____ U.S.C. §
981(a)(1)(A) and (C)                    *(describe the property)*:

All funds held in the Pueblo Bank and Trust Account #102296006 in the name of Top Dollar Pawn LLC eBay North

The application is based on these facts:

The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

s/Justin Kempf
*Applicant's signature*

Justin Kempf, Special Agent, FBI
*Printed name and title*

Sworn to before me and: ☐ signed in my presence. ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date:  06/17/2022

*S. Kato Crews signature*
*Judge's signature*

City and state:  Denver, Colorado

S. Kato Crews, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CIVIL SEIZURE WARRANT**

I, Justin Kempf, a Special Agent with the Federal Bureau of Investigation Colorado Springs Resident Agency (hereinafter referred to as "your Affiant") being duly sworn, states as follows:

This Affidavit is submitted in application for a civil seizure warrant for the following:

a. All funds held in the Pueblo Bank and Trust account #102364206 in the name of Top Dollar Pawn LLC Auto Debits/Credit Card Deposits;

b. All funds held in the Pueblo Bank and Trust account #102296006 in the name of Top Dollar Pawn LLC eBay North;

c. All funds held in the Pueblo Bank and Trust account #102296014 in the name of Top Dollar Pawn LLC eBay South;

d. All funds held in the Pueblo Bank and Trust account #102325650 in the name of Top Dollar Pawn LLC E-Commerce;

e. All funds held in the Pueblo Bank and Trust account #102348286 in the name of Top Dollar Pawn LLC Credit Card;

f. All funds held in the Community Banks of Colorado account #725908221 in the name of Top Dollar Pawn LLC;

g. All funds over $52,500.00 held in Legacy Bank account #155512 in the name of Top Dollar Pawn LLC;

h. All funds held in the Pueblo Bank and Trust account #102331456 in the name of Top Dollar Pawn LLC;

i. All funds held in the Pueblo Bank and Trust account #101035127 in the name of Top Dollar Pawn LLC;

j. Currency in ATM at address 6385 N. Academy Blvd. Colorado Springs, Colorado;

k. Currency in ATM at address 275 S. Academy Blvd. Colorado Springs, Colorado;

1

l.  Currency in ATM at address 1301 W. 4th Street Pueblo, Colorado;

m.  Currency in ATM at address 902 US-50 West Pueblo, Colorado;

n.  Inventory (other than that on consignment as a true pawn, which is readily determined by a tag on the item) of Top Dollar Pawn at 6385 N. Academy Blvd. Colorado Springs, Colorado;

o.  Inventory (other than that on consignment as a true pawn, which is readily determined by a tag on the item) of Top Dollar Pawn at address 275 S. Academy Blvd. Colorado Springs, Colorado;

p.  Inventory (other than that on consignment as a true pawn, which is readily determined by a tag on the item) of Top Dollar Pawn at address 1301 W. 4th Street Pueblo, Colorado;

q.  Inventory (other than that on consignment as a true pawn, which is readily determined by a tag on the item) of Top Dollar Pawn at address 902 US-50 West Pueblo, Colorado;

r.  All connex boxes, and their contents, at address 6385 N. Academy Blvd. Colorado Springs, Colorado;

s.  All connex boxes, and their contents, at address 275 S. Academy Blvd. Colorado Springs, Colorado;

t.  All connex boxes, and their contents, at address 1301 W. 4th Street Pueblo, Colorado;

u.  All connex boxes, and their accounts, at address 902 US-50 West Pueblo, Colorado;

v.  All funds held in the Legacy Bank account #163678 in the name of Top Land Investment LLC;

w.  All funds held in the Legacy Bank account #154528 in the name of Top Construction, Inc.;

x.  All funds held in the Legacy Bank account #155395 in the name of Jack Jargowsky;

2

y.  All funds up to $45,000.00 held in the Pueblo Bank and Trust account #102348278 in the name of Mischa L. Jargowsky and Jack R. Jargowsky;

z.  All funds up to $14,900.00 held in the Pueblo Government Agencies Federal Credit Union account #5349-00 in the name of Mischa Jargowsky;

aa. All funds up to $100,000.00 held in the TD Ameritrade account #865-019551 in the name of Jack Robert Jargowsky & Mischa Lee Jargowsky Jt Ten;

bb. Fidelity & Guaranty Life Insurance Company, policy number L0263971 in the name of Mischa Jargowsky, including surrender or cash-out value;

cc. Fidelity & Guaranty Life Insurance Company, policy number L0263972 in the name of Jack Jargowsky, including surrender or cash-out value;

dd. 2015 Jeep Wrangler, VIN: 1C4BJWDG9FL645558;

ee. 2017 Ford F-250, VIN: 1FT7W2BT7HEB17220;

ff. All funds held in the ENT Federal Credit Union account #63346342-10 in the name of Walter J Mauro; and

gg. 2013 Land Rover Evoque, VIN: SALVN2BG7DH772198.

## **AFFIANT BACKGROUND**

1.      Your Affiant has been employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI) since April 2004 and is currently assigned to the Colorado Springs Resident Agency.  While with the FBI, your Affiant has participated in the investigation of individuals and organizations involved in various white-collar crimes, violent crimes, crimes against children, computer crimes, and terrorism.  Your Affiant has received training and participated in a variety of investigative methods including but not limited to, electronic and visual surveillance, general questioning of witnesses, the use of search

warrants, confidential informants, collection of evidence, examination of digital evidence, and telephone toll analysis.

## PROBABLE CAUSE TO SEIZE

2.      The following facts and information have been discovered through your Affiant's own investigation and the investigations and observations of fellow law enforcement officers and employees as reported to your Affiant. This affidavit is intended to show merely that there is probable cause to obtain the requested seizure warrants and does not set forth all of my knowledge about this matter.

3.      Based on the facts set forth in this affidavit, there is probable cause to believe that all four Top Dollar Pawn LLC (Top Dollar Pawn) store locations knowingly engaged in the illegal act of purchasing stolen goods from persons identified throughout this investigation, to include undercover agents, on a regular basis.  There is sufficient probable cause to believe that the subject funds, real property, and numerous assets derived from the sale of the stolen goods are subject to forfeiture pursuant 18 U.S.C. § 981(a)(1)(C) and (b) as property which constitutes or is derived from proceeds traceable to one or more violations of 18 U.S.C. § 1343 (wire fraud), U.S.C. § 1956 and § 1957 (money laundering), and Title 18 U.S.C. § 2314 (transportation of stolen goods in interstate commerce).

## BACKGROUND

### Top Dollar Organizations

4.      On April 9, 2021, the FBI started a joint investigation with the Colorado Springs Police Department (CSPD) into the four locations of Top Dollar Pawn stores:

- Top Dollar Pawn located at 275 South Academy Boulevard, Colorado Springs, Colorado (Top Dollar Springs South);

4

- Top Dollar Pawn located at 6385 North Academy Boulevard, Colorado Springs, Colorado (Top Dollar Springs North);

- Top Dollar Pawn located at 1301 West 4th Street, Pueblo, Colorado (Top Dollar Pueblo 4th Street); and

- Top Dollar Pawn located at 902 US-50 Highway, Pueblo, Colorado (Top Dollar Pueblo US-50).

5.      The Colorado Secretary of State shows that Top Dollar Pawn LLC was registered with the state of Colorado on September 14, 2005, with the registered agent of Jack Jargowsky, mailing address of 4810 Polo Court, Pueblo, Colorado 81001.  The Colorado Secretary of State website also states that Top Dollar Pawn is the parent organization that oversees the four individual store locations, which operate independently from each other.

6.      There are several other business entities owned and operated by Jack Jargowsky.  These business entities are also participating in the activities of money laundering facilitation and promotion.

- Top Construction, Inc (Top Construction):  The Colorado Secretary of State shows that Top Construction Inc. was registered with the state of Colorado on November 22, 1993, with Jack Jargowsky as the President and an address of 4607 Cederweek Boulevard, Pueblo, Colorado. In 2002, the address was changed to 4810 Polo Court, Pueblo, Colorado 81001.

- Top Land Development LLC (Top Land Development):  The Colorado Secretary of State shows that Top Land Development LLC was registered with the state of Colorado on February 6, 2001, with the

original registered agent listed as Douglas J. Kwitek. The registered

agent was changed to Jack Jargowsky in 2002 along with the entity's

registered office to 4810 Polo Court, Pueblo, Colorado 81001.  The

Secretary of State records for Top Dollar Land Development LLC

states that "the purpose for which this LLC is organized is to acquire,

sell, manage and develop real estate assets within the State of

Colorado and any other legal and lawful purpose within the State of

Colorado."

- Top Land Investment LLC (Top Land Investment):  The Colorado
  Secretary of State shows that Top Land Investment LLC was
  registered with the state of Colorado on January 28, 2005, with the
  registered agent of Jack Jargowsky, mailing address of 4810 Polo
  Court, Pueblo, Colorado 81001.

- Top Land Development at West Lee Hills LLC (Top Land
  Development West Lee Hills):  The Colorado Secretary of State
  shows that Top Land Development at West Lee Hills LLC was
  registered with the state of Colorado on January 28, 2005, with the
  registered agent of Jack Jargowsky, mailing address of 4810 Polo
  Court, Pueblo, Colorado 81001.

7.     The Pueblo County Assessors' records state that 4810 Polo Court address is

the personal residence of Jack Jargowsky and Mischa Jargowsky.  Records indicate Jack

Jargowsky and Mischa Jargowsky are married and Walter Mauro is Mischa Jargowsky's

son.

**Overview of Receipt of Stolen Goods**

8.     Your Affiant has learned that Top Dollar Pawn, as an organization, is the largest known fence[1] of stolen goods in the Colorado Springs and Pueblo area. Investigators have observed over the past twelve to eighteen months, all four Top Dollar Pawn stores knowingly purchased stolen items from individuals identified throughout this investigation. These individuals are known as prolific boosters.

9.     In this investigation "boosters" are defined as individuals who steal items from retail stores only to turn around and sell the items to Top Dollar Pawn locations for cash. These prolific boosters take the proceeds from the sale of the stolen items and use the cash they received to purchase illegal drugs.  These boosters are involved in the criminal behavior of stealing the merchandise from retail stores and then selling the items to employees and owners of Top Dollar Pawn locations, which is causing extremely high rates of retail theft in the Colorado Springs area.

10.     This easy access to cash from the boosters has increased the demand for illegal drugs in the community as well.  Every booster interviewed by law enforcement officers during the course of this investigation has stated that they use the cash they receive from Top Dollar Pawn to buy drugs. The majority of the boosters admitted to opioid addiction specifically, "blues" known to be an imitation of oxycodone which contains fentanyl.

11.     Colorado Springs Police Department and other law enforcement agencies work closely with a group of civilian investigators that are considered experts in the field of retail theft.  These experts are part of the Colorado Organized Retail Crime Alliance known as COORCA. Investigators have been closely involved with the COORCA investigators

---

[1] Fence is defined as a person who knowingly buys stolen goods in order to later resell the goods for profit.

during this investigation and they have provided invaluable intelligence about boosters actively stealing items from their retail stores which include Walmart, Target, Lowe's, and Home Depot.  These COORCA members have provided additional intelligence about boosters selling stolen items from their stores on various online marketplaces mostly eBay[2].

12.    The Colorado Revised Statute 29-11.9-103 (1), requires that: "a pawnbroker shall keep a numerical register or other tangible or electronic record in which the pawnbroker shall record the following information: The name, address, and date of birth of the customer, and the driver's license number or other identification number from any other form of identification that is allowed for the sale of valuable articles pursuant to section 18-16-103, or for the sale of secondhand property pursuant to section 18-13-114; the date, time, and place of the contract for purchase or purchase transaction; and an accurate and detailed account and description of each item of tangible personal property, including, but not limited to, any trademark, identification number, serial number, model number, brand name, or other identifying marks on such property.  The pawnbroker shall also obtain a written declaration of the customer's ownership, which shall state that the tangible personal property is totally owned by the customer, or shall have attached to the declaration a power of sale from the partial owner to the customer, how long the customer has owned the property, whether the customer or someone else found the property, and, if the property was found, the details of the findings."

**LeadsOnline**

13.    Pawn shops in Colorado meet this requirement by reporting to the LeadsOnline database.  LeadsOnline is web-based service that allows the electronic transfer of data collected for each pawn or purchase transaction by a pawn shop to law

---

[2] eBay is an online auction and shopping website that provides a forum to connect individual purchasers and buyers.

enforcement.  LeadsOnline is based in Richardson, Texas, where its servers are located. LeadsOnline increases the ability of law enforcement to process the number of pawnbroker and secondhand dealer transactions as well as facilitate in the recovery of missing and stolen personal property.

14.      The LeadsOnline database is accessible on the internet to law enforcement officers.  LeadsOnline is linked up with the National Crime Information Center (NCIC), which is a computerized index of criminal justice information to include stolen properties. NCIC is available to federal, state, and local law enforcement and other criminal justice agencies and is operational 24 hours a day, 365 days a year.  Law enforcement officers record stolen serial numbers in NCIC, and they compare those serial numbers to serial numbers entered in LeadOnline to concur the items are stolen.

15.      In addition, pawn store owners and employees are required to log the number of items they purchase to LeadsOnline. Throughout the course of this investigation Detective Mace compared LeadsOnline transactions to actual transactions made by boosters and undercover agents/officers and found that Top Dollar Pawn is underreporting the number of items they buy at any given time and are intentionally documenting the wrong serial numbers of the items they are purchasing.

16.      Based on this investigation, investigators established an exclusive relationship for additional analysis services from LeadsOnline.  This additional service includes the extraction and compilation of all transactions reported to LeadsOnline from Top Dollar Pawn.  Throughout the investigation, investigators monitored LeadsOnline almost daily noting a constant increase in the number of sales made to Top Dollar Pawn of suspected stolen property.

17.     Detective Mace and other law enforcement employees have compared stolen property reports with items sold at pawn stores from the LeadsOnline database in Colorado Springs and the Pueblo area and have seen that many of the boosters known to law enforcement in this area are regularly (monthly, weekly, and daily) selling their boosted (stolen) merchandise to the four Top Dollar Pawn store locations.

**Booster Interviews**

18.     Investigators have also interviewed numerous boosters, who stated that Top Dollar Pawn is buying items that are brand new and new in box and they are paying more for these items than if the items were used.

19.     On November 16, 2021, Detective Christopher Mace interviewed David Dewitt (Dewitt) a known booster selling stolen property to Top Dollar Pawn.  Dewitt advised that he and his girlfriend have been stealing from retail stores and taking the new items to Top Dollar Pawn to pawn (sell).  Dewitt advised that he went to the same location of Top Dollar Pawn almost every day in January of 2020 and pawned (sold) stolen items.  Dewitt couldn't remember where he first learned, "that they pawn (pay) more for new in box."  Dewitt was referring to the fact that Top Dollar Pawn accepts stolen items and pays more for them.

20.     Dewitt also stated to Detective Mace that employees of Top Dollar Pawn asked him to bring in "heated baby socks" and specifically, Walter Mauro told him he wears a size nine shoe.  Detective Mace interpreted this to mean that Walter Mauro was requesting Dewitt to steal him size nine shoes.  Dewitt was asked how much he was paid by Top Dollar Pawn for pawning new items from January through November of 2021 and he stated, "probably $80,000.00 to $90,000.00."  Dewitt stated that, "Top Dollar Pawn is the only pawn shop that accepts new items and they know they are stolen." Dewitt told Detective Mace that he has, "pawned thousands of times because he hasn't had a job (sic)

10

it's been a year and a half of constant pawning except when I was in jail."   Dewitt stated that he had been arrested for "lying to a pawn broker" and now when he brings the new items into Top Dollar Pawn, he states that he has owned the item for one month.  Dewitt stated that he is addicted to heroin and methamphetamine and mixes both drugs in a syringe which cost approximately $80.00 per day.

**Employee Interviews**

21.     Detective Mace also interviewed former Top Dollar Pawn employee C.P. who stated at least 50-70% of all the items taken into his store for the last several years were stolen items. C.P. added that 100% of the new-in-box items purchased by Top Dollar Pawn employees were stolen and 75% of the items on Top Dollar Pawn's eBay sites were stolen. C.P. also stated that "everyone knows", including the owners, that the items are stolen.

22.     On February 5, 2022, Detective Mace interviewed Top Dollar Pawn employee J.W.   J.W. advised that approximately 40% to 50% of all items he has "observed" come into the store are stolen.  J.W. said, "I'm not sure if it was Walt's policy or if it was because Mischa wanted the store run that way (sic)."   J.W. believes that the jewelry received by Top Dollar Pawn may be legitimate but stated it is hard to really tell.

23.     J.W. recalled that while working at Top Dollar Pawn on February 4, 2022, he bought stolen DeWalt tools.  J.W. stated, "Mischa is the big boss and Jack shows up to help out.  Jack might do the accounting and he drives the Top Dollar Pawn trailer around from store to store."  This trailer has the Top Dollar Pawn logo painted on it.

**Tracking Device**

24.     Based on the interview of Top Dollar Pawn employee J.W., Detective Mace received search warrants to place tracking devices on Jack Jargowsky's 2008 Ford Super

Duty Truck, VIN# 1FTSW21R18ED30065.  Department of Motor Vehicle records show that this vehicle is registered to Mischa Jargowsky at 4810 Polo Court, Pueblo, Colorado 81001.

25.     Based on tracking data, on February 17, 2022, Jack Jargowsky's 2008 Super Duty Truck left his residence at 4810 Polo Court in Pueblo, Colorado.  Tracker data revealed that the vehicle was pulling a trailer and proceeded to US Highway 50, Pueblo, Colorado (Top Dollar Pawn Pueblo US-50).  The tracker information then displayed that the truck and trailer drove to 275 South Academy Boulevard, Colorado Springs, Colorado (Top Dollar Pawn Colorado Springs South).  The truck and trailer remained at the south store location for approximately three hours then proceeded to 6385 North Academy Boulevard (Top Dollar Pawn Colorado Springs North) where it remained for one hour.  Detective Mace observed Walter Mauro driving the truck and the Top Dollar Pawn trailer.  Jack Jargowsky was seated in the passenger seat when the truck went from the north store location back to the south store location.

26.     At the south store location Detective Mace observed and photographed Jack Jargowsky unlock and open the Top Dollar Pawn trailer.  Detective Mace observed Top Dollar Pawn employees loading empty shipping crates from the back door of the store into the Top Dollar Pawn trailer.  Jack Jargowsky locked the trailer and drove away in the driver's seat.  Tracker data revealed that Jack Jargowsky drove directly to his residence at 4810 Polo Court, Pueblo, Colorado 81001.

**Interviews with Pawn Stores**

27.     Detective John Kessler is currently assigned to the CSPD Falcon Investigations Unit and has been investigating pawn store regulations and violations for the past ten years in the Colorado Springs, Colorado area. Detective Kessler is considered an expert with the LeadsOnline database.

28.     In the course of his employment, Detective Kessler has attended meetings with the owners and management of pawn stores in Colorado Springs, Colorado in order to discuss and enforce regulations, concerns, and violations on a regular basis.

29.     During this investigation, Detective Kessler was tasked with contacting as many pawn stores in the area including Top Dollar Pawn to discuss receiving stolen property by buying "new" and "new in box" items without receipts.

30.     Throughout 2020, Detective Kessler had a conversation with Top Dollar Pawn manager Walter Mauro regarding new in box items.  Detective Kessler stated to Walter Mauro that the majority of the items that he was purchasing were new in the box and had been shoplifted from local stores and by accepting the items he was encouraging shoplifting in the area.  Walter Mauro's response was that if the Colorado Springs Police Department could prove that the items were stolen, then they could have the items back.

31.     Also, over the past eight to nine years Detective Kessler has had numerous conversations with Top Dollar Pawn managers Y.P. and D.B. telling them that the new in box items were most likely shoplifted. They told Detective Kessler that Top Dollar Pawn management instructed them to take everything and turn no one away.

32.     On March 16, 2021, Detective Mace interviewed the manager of Cash in a Flash, another large pawn store in the Colorado Springs area. He advised that they do not normally buy new or new in box items from individuals unless they can provide a receipt. He denies these sales if a receipt is not provided because the items are suspected of being stolen.

33.     On October 19, 2021, Detective Kessler contacted two separate EZ Pawn Stores in Colorado Springs encouraging the management to require receipts for new in box items pawned, as the items are suspected to be stolen. After making the contacts,

13

Detective Kessler received a call from EZ Pawn District Manager S.A. who stated that he does ask for receipts but that there is still a big problem with Top Dollar Pawn taking new in box items.

34.     On April 20, 2022, Detective Kessler interviewed the owner of Ace Loans in Colorado Springs, Colorado and discussed the fact that his employees were accepting new in box items without verifying a receipt for the purchase.  Detective Kessler explained to the owner that when his store employees accept new items, they are contributing to the problem of retail theft in the area and that the new in box items are a result of shoplifting. The owner stated, "we need a fair playing field, or level playing field."  He went on to explain that "he was told that Top Dollar Pawn has a bunch of new stuff, and he is losing a lot of business by people going over there and doing business with them."

**Undercover Purchases**

35.     Investigators attempted to prove that Top Dollar Pawn store locations purchased new and new in box items that they knew were stolen.  Top Dollar Pawn store locations regularly pay one fifth to one third of the retail value for new or new in box products.  In contrast, if the items were not stolen, the seller would return the item to the store for a full refund.

36.     Three different undercover agents (UC1-UC3) sold items donated or purchased from retail stores to support the investigation.  Undercover agents used various techniques to imply that the items sold were stolen.  These techniques included not providing receipts with the new in box item, selling items that contained original shipping labels, selling items that still had the anti-theft tags and plastic wrap still attached, selling multiple items to include two separate pallets of the same items still wrapped in shipping plastic, stating that the undercover agent is not the rightful owner of the item being sold,

14

making verbal statements of "I don't pay for them, I get them", and asking the employees and management of Top Dollar Pawn if they need more of the new items and then bringing more into the store the same day.

37.     On April 20, 2021, UC1 contacted a Top Dollar Pawn employee at the 275 South Academy Boulevard, Colorado Springs, Colorado store location to sell batteries. Ultimately, the sale was made between UC1 and Walter Mauro.  UC1 provided the batteries along with the packaging after Walter Mauro advised UC1 that he would pay more if the batteries were in the packaging.  The packaging provided by UC1 to Walter Mauro also had a theft deterrent device still affixed to them indicating the batteries were stolen because normally the salesclerk removes the theft deterrent device at the time of purchase.

38.     On May 12, 2021, UC1 contacted a Top Dollar Pawn employee at 275 South Academy Boulevard, Colorado Springs, Colorado location and sold a two-pack Rigid brand rechargeable batteries and a Milwaukee Brand M12 Pex Expander Kit.  The Rigid batteries were sealed in the original packaging with a plastic security tag attached.  The Milwaukee Brand M12 Pex Expander Kit was new in the box and wrapped in a wire security device known as "spiderwrap."  UC1 attempted to sell the batteries and tool to Top Dollar Pawn employee Daria Mauro, identified through the investigation as Walter Mauro's spouse. Daria Mauro accepted the two tools that UC1 offered for sale, which included the batteries that EZ Pawn store previously denied due to the fact that UC1 did not have a receipt.  UC1 asked Daria Mauro if she wanted him to cut the spider wrap device off the tool and he suggested that if she put the theft device in water it would stop it from making the security breach noise.  Daria Mauro used bolt cutters to cut the device off the Milwaukee tool and the breaching alarm rang out. Daria Mauro then submerged the device in water and the alarm stopped.  Daria Mauro offered $220 to UC1 for both tools.  UC1 was asked by Daria

Mauro to fill out the pawn affidavit questions.  UC1 wrote and initialed the document stating he was not the rightful owner of the tools.

39.     On January 7, 2022, UC3 brought a pallet of new in box DeWalt brand air compressors/nailer kits to the Top Dollar Pawn location at 275 S. Academy, Colorado Springs, Colorado.  UC3 engaged directly with the store manager.  The manager observed the pallet of eight tools in the back of a truck with the plastic shipping wrap around the pallet.  UC3 explained that he worked at Home Depot and he "gets the tools right off the truck before it even gets to the store, I can get it." The manager stated, "the owner" offered to buy each compressor for "$80.00."  The manager explained that Top Dollar Pawn will sell each item for $150.00 (the original price for the compressor at Home Depot is $239.00). The manager stated to UC3 that if he wanted to make more money, he had to bring in items that were, "small and expensive."  UC3 accepted the offer of $80.00 for each new compressor and three Top Dollar Pawn employees unloaded the pallet and placed the boxes in the north door which leads into the rear storage area of the store.  Detective Mace collected the money and UC3's copy of the pawn ticket that indicated that one item was purchased (not the true eight items) and that the item did not have a serial number. Investigators had previously surreptitiously marked each specific serial number on each box.

40.     On February 17, 2022, at approximately 6:00 p.m., Detective Mace was conducting surveillance at the Top Dollar Pawn store location of 275 South Academy Boulevard, Colorado Springs, Colorado.  While two unknown male employees were moving items from the store into one of the connex boxes in the parking lot, Detective Mace took video of the contents at the front of the open connex box.  Detective Mace observed the DeWalt brand air compressors/nailer kit boxes stacked inside.  Investigators had been told

16

by numerous employees and boosters that the connex boxes located at the different store locations are used to store the inventory of stolen items.

41.     On April 15, 2022, investigators observed eight Dewalt air compressors/nailer kits for sale on one of the Top Dollar Pawn's eBay sites (tdpawn3).  Investigators identified the box by the surreptitious markings made of the serial numbers, indicating this was the box of Dewalt air compressors sold off of the pallet on January 7, 2022, by UC3.  The tools were for sale for $237.49, which was approximately 3 times the price paid to UC3. Investigators purchased two of these tools from the eBay site, which is registered to Jack Jargowsky.  The items were shipped to an address in Dallas, Texas.

42.     Detective Mace reviewed the LeadsOnline entry of the Dewalt air compressors and noted that only one air compressor was entered, and the serial number was purposely omitted.  Your Affiant believes this was done to mask the fact that the air compressors were stolen.

43.     On February 1, 2022, UC3 brought a pallet full of Echo brand chainsaws to the Top Dollar Pawn location at 902 W. Highway 50 in Pueblo, Colorado.  UC3 sold the chainsaws to Mischa Jargowsky. UC3 engaged Mischa Jargowsky in conversation and told her he had, "a bunch of Echo chainsaws on a pallet." Mischa Jargowsky went to UC3's truck in the parking lot of the store and observed 15 chainsaws still wrapped in shrink wrap in the back of UC3's truck. Mischa Jargowsky asked, "you bought 16 chainsaws?" UC3 stated, "I work at Home Depot.  I didn't buy these. I got these. I want to sell these. Like $150.00. We sell em for $250.00." Mischa Jargowsky offered to pay UC3 $75.00 apiece. UC3 and Mischa Jargowsky then proceeded back into the store. Misha Jargowsky then asked, "Where'd you get em?" UC3 responded, "I work at Home Depot. I didn't pay for no. (sic) They are brand new in box. They don't even go to Home Depot."  Mischa Jargowsky

then conversed with Jack Jargowsky about the purchase and agreed to buy 4 of the chainsaws for $75.00 each.  UC3 completed the sale and received $300.00. Pawn ticket #144686 was entered into Colorado Springs Police Department's evidence.

44.     Investigators reviewed the LeadsOnline entry of the chainsaw purchases and noted that the chainsaw's serial number was entered incorrectly into the database. Mischa Jargowsky did not enter the purchase of four chainsaws nor the serial numbers into the LeadsOnline database. Your Affiant believes this was done to intentionally mask the fact that these chainsaws were stolen property.

45.     On March 9, 2022, investigators discovered one of the chainsaws sold to Mischa Jargowsky was for sale on Top Dollar Pawn's eBay site (tdpawn2) for $219.99.  It was confirmed by the serial number and markings on the box that it was one of the items sold by UC3.  This chainsaw was purchased by investigators and shipped to an undercover address in Arizona.

46.      Investigators have confirmed a pattern with Top Dollar Pawn employees and managers that they intentionally misrepresented the number of items they purchase, and they do not correctly enter the items' serial number in LeadsOnline to intentionally deter law enforcement from identifying the stolen property they are purchasing.

47.     In addition, Detective Mace and other law enforcement officers made undercover purchases from Top Dollar Pawn's eBay site in order to complete the purchase cycle of (1) the boosters or undercover agent selling the new or new in box item without a receipt, (2) the booster or undercover agent receiving cash for the stolen item, (3) Top Dollar Pawn selling the stolen item on eBay as "new" or "new in box" or selling the stolen item in their store locations, (4) shipping the item to the purchaser in another state when

purchased on an eBay site, and (5) Top Dollar Pawn receiving the revenue from the stolen items which are deposited in various bank accounts.

48.     The below table depicts the controlled purchase cycle and displays where the stolen items were received across state lines:

| Purchase Date | Payment | Pawner | Card number | Order total | eBay Item # | eBay Order # | Item Discription | Order Address | Seller |
|---|---|---|---|---|---|---|---|---|---|
| 5/12/2021 | Paypal | Katherine Guthrie | 379123760711005 | $90.09 | 333950644054 | 25-07049-82227 | Ryobi ONE+ 18v 1/4" impact driver PBLID02B | 3162 Johnson Ferry Rd, Marietta, GA 30062 | tdpawn5 |
| 10/26/2021 | Paypal | Vigil/Lesueur | 379123760711005 | $286.18 | 363587075100 - 363587081227 | 14-00784-37024 | Milwaukee Circular saw 2530-20 / Yale assure door lock YRD256-NR-619 | 3162 Johnson Ferry Rd, Marietta, GA 30062 | tdpawn5 |
| 11/12/2021 | G-Pay | Lyons/Dewitt/Kaiser | 379123760711005 | $360.44 | 363617307702 - 363617322328 - 363617366592 | 05-07859-39032 | Ryobi 18v Jigsaw / Rigid 18v 1/4" impact driver / Makita 18v redpro saw | 2750 S Preston Rd, #116273, Celina, TX 75009 | tdpawn5 |
| 11/12/2021 | Paypal | Daughtry | 379123760711005 | $105.99 | 203675966499 | 18-07855-41270 | Ryobi electric pressure washer RY141612VNM | 3162 Johnson Ferry Rd, Ste 260, #327, Marietta, GA 30062 | tdpawn5 |
| 12/6/2021 | G-Pay | UC1 | 379123760711005 | $140.62 | 363645282506 | 03-07972-36083 | Rigid 18v compact Li-ion battery 2 pack AC8400802P | 2750 S Preston Rd, #116273, Celina, TX 75009 | tdpawn5 |
| 12/8/2021 | G-Pay | UC2 | 379123760711005 | $695.66 | 363647470371 | 25-07978-58298 | Milwaukee 2572B-21 12v Li-Ion cordless drain snake | 9420 E Golf Links Rd, Ste 108105, Tucson, AZ 85730 | tdpawn4 |
| 12/17/2021 | eBay | Gallegos | 379656903241000 | $129.07 | 363649646087 | 13-08023-47891 | Kobalt 40v cordless handheld power cleaner | 9420 E Golf Links Rd, Ste 108105, Tucson, AZ 85730 | tdpawn5 |
| 12/17/2021 | eBay | UC3 | 379656903241000 | $382.64 | 334253460459 | 01-08025-30782 | Google Nest learning Termostat 3rd gen T3019US | 3162 Johnson Ferry Rd, Ste 260, #327, Marietta, GA 30062 | tdpawn5 |
| 12/17/2021 | eBay | Dewitt | 379656903241000 | $195.38 | 363650872490 | 21-08022-06601 | Shark ultralight pet pro vac HZ600 | 2750 S Preston Rd, #116273, Celina, TX 75009 | tdpawn5 |
| 1/4/2022 | eBay | UC3 | 379656903241000 | $494.59 | 194699643667 | 16-08089-02875 | Google Nest cam with floodlight GA-02411-US | 11468 Marketplace Dr N, Ste 600-342, Champlin, MN 55316 | tdpawn3 |
| 1/13/2022 | eBay | UC2 | 379656903241000 | $185.10 | 194699511755 | 07-08129-26415 | Apple Watch MTF02LL/A Series3 | 2750 S Preston Rd, #116273, Celina, TX 75009 | tdpawn5 |
| 1/24/2022 | eBay | Williams/Bruno | 379656903241000 | $219.72 | 334287618275 - 334300158942 | 15-08173-98723 | Milwaukee 9070-20 1/2" corded impact wrench / Pattemmaster Code Black 12ga Choke Tube | 2750 S Preston Rd, #116273, Celina, TX 75009 | tdpawn4 |
| 1/26/2022 | eBay | Mulher/Wolfe | 379656903241000 | $336.93 | 334296408759 - 334304766719 - 334296411692 | 03-08185-19787 | Google WiFi Router AC1200 / Google Nest Motion Sensor H1100WES / Logitech Pro Mouse 901-005878 | 9420 E Golf Links Rd, Ste 108105, Tucson, AZ 85730 | tdpawn4 |
| 1/26/2022 | eBay | Lyons/Dewitt/Kaiser | 379656903241000 | $150.52 | 363648340631 | 08-08184-06212 | Husqvarna Blower Hand Held 125B | 11468 Marketplace Dr N, Ste 600-342, Champlin, MN 55316 | tdpawn5 |
| 2/18/2022 | eBay | Jamie Cofield | 379656903241000 | $321.49 | 334322158497 | 08-08280-49325 | Hyperice Hypervolt 2 Pro Massage Device | 13101 Preston Rd Ste 110-424 Dallas, TX 75240 | tdpawn4 |
| 3/9/2022 | eBay | UC3 | 379656903241000 | $239.13 | 224577560321 | 03-08364-15210 | Echo CS-310 Chainsaw | 9420 E Golf Links Rd, Ste 108105, Tucson, AZ 85730 | tdpawn2 |
| 3/22/2022 | eBay | UC3 | 379656903241000 | $233.69 | 334370105843 | 16-08414-51016 | Echo CS-310 Chainsaw | 9420 E Golf Links Rd, Ste 108105, Tucson, AZ 85730 | tdpawn4 |
| 4/15/2022 | eBay | UC3 | 379656903241000 | $514.17 | 194963000644 | 25-08510-61479 | 2 Dewalt DWFP1KIT 18 GA Brad Nailer and 165 PSI 6 Gallon Compressor Combo Kit | 13101 Preston Rd Ste 110-424 Dallas, TX 75240 | tdpawn3 |

## Retail Investigators

49.     In late 2020, Home Depot Organized Retail Crime Investigator Terry Pruse (Pruse) revealed that in 2018, 2019, and 2020, the five Home Depot stores in the Colorado

Springs (4 locations) and Pueblo (1 location) area lost approximately $5,000,000.00 from retail theft.  He also stated that the retail theft and organized retail theft problem at Home Depot stores is currently accelerating for 2021.

50.        Home Depot Investigator Pruse also advised that his retail theft investigator consortium regularly checks eBay for products known to have been stolen from Home Depot and sold by known fences in the Colorado Springs area.  Investigator Pruse has provided detailed information revealing that items exclusively sold at Home Depot were found on Top Dollar Pawn's eBay site.  These items are being sold with the description of "new" in the box or "brand new" at less than Home Depot's prices.

51.        Walmart Global investigator Brandon Hunter advised Detective Mace that he researched online sales from eBay in order to track the sale of new items.  According to Walmart Global Investigator Brandon Hunter, eBay sales from Top Dollar Pawn's three eBay sites yielded $2,437,682.00 from January 2019 through March 2021.

**eBay Sales**

52.        Top Dollar Pawn operates five eBay stores. Top Dollar Pawn's (known/active) eBay accounts/stores are as follows:

- https://www.ebay.com/usr/tdpawn2
- https://www.ebay.com/usr/tdpawn3
- https://www.ebay.com/usr/tdpawn4
- https://www.ebay.com/usr/tdpawn5
- https://www.ebay.com/usr/tdpawn6

53.        On April 9, 2021, search warrants were submitted to eBay for analysis of Top Dollar Pawn's eBay sites. The data revealed that in 2018, 78% of all items sold on Top Dollar Pawn's eBay sites were new.  In 2019, 86% of all items sold on Top Dollar Pawn's

eBay sites were new.  In 2020, 90% of all items sold on Top Dollar Pawn's eBay sites were new, and in 2021, 92% of all items sold on Top Dollar Pawn's eBay sites were new.

54.     Prior to selling items on eBay, a user must agree to abide by the "eBay User Agreement."  In the User Agreement, sellers represent to eBay that they will not "breach or circumvent any laws, third party rights of our systems, policies, or determinations of your account status" or "post false, inaccurate, misleading, defamatory, or libelous content." Sellers also represent to eBay that they will abide by eBay's Selling Practices Policy, Stolen Property Policy, and Prohibited and Restricted Items Policy, each of which prohibits the sale of stolen property on eBay.

55.     From 2018 to 2021, eBay deposits to the Top Dollar Pawn bank accounts were $3,530,494.63.

### FINANCIAL INVESTIGATION

56.     Financial analysis to date supports the allegation that Top Dollar Pawn is buying stolen property and selling the stolen goods on ecommerce channels such as eBay. In addition, the investigation has shown that Top Dollar Pawn is also selling stolen property in Top Dollar Pawn stores, primarily through credit card transactions.

- From 2018 to 2021, eBay deposits to the Top Dollar Pawn bank accounts were $3,530,494.63, or 24%, of funds received[3].
- From 2018 to 2021, credit card deposits to the Top Dollar Pawn bank accounts were $9,412,061.47, or 65%, of funds received[3].
- Therefore, total deposits from both credit cards and eBay to the Top Dollar Pawn bank accounts from 2018 to 2021 were $12,942,556.10, or 89% of funds received[3].

---

[3] Total funds received excludes ATM settlement deposits, deposits from Jack and Mischa Jargowsky, and loan proceeds from various banks.

57.     In addition, a review of eBay records shows the following sales from 2008 (the opening of the Top Dollar Pawn eBay accounts) to 2021:



| Year | Total Sales $ |
|------|---------------|
| 2008 | $     28,439.85 |
| 2009 | $     16,328.23 |
| 2010 | $       5,115.00 |
| 2011 | $     25,205.85 |
| 2012 | $   141,473.79 |
| 2013 | $   230,258.15 |
| 2014 | $   215,927.69 |
| 2015 | $   212,784.20 |
| 2016 | $   259,194.06 |
| 2017 | $   242,725.96 |
| 2018 | $   429,367.55 |
| 2019 | $   827,192.03 |
| 2020 | $ 1,355,278.34 |
| 2021 | $ 1,809,668.47 |
| **Grand Total** | **$ 5,798,959.17** |

58.     Total eBay sales from 2008 to 2017 (10 years) were $1,377,452.78.  Total eBay sales from 2018 to 2021 (4 years) were $4,421,506.39, an increase of 221% from the prior 10 years of sales.

59.     Further, the percentage of eBay sales of total sales for Top Dollar Pawn increased 321% from 2018 to 2021, see table below:

| Year | Total Sales $ | % of Total Sales |
|------|---------------|------------------|
| 2018 | $    429,367.55 | 10% |
| 2019 | $    827,192.03 | 19% |
| 2020 | $ 1,355,278.34 | 31% |
| 2021 | $ 1,809,668.47 | 41% |
| **Grand Total** | **$ 4,421,506.39** | **100%** |

60.    In addition, total "New" items sold from 2008 to 2017 (10 years) was $381,579.98.  Total "New" items sold from 2018 to 2021 (4 years) was $3,433,776.59, an increase of 800% from the prior 10 years.

| Year | # "New" Items | Total # Items | % of "New" | $ "New" Items | Total $ Items | % of "New" |
|------|---------------|---------------|------------|---------------|---------------|------------|
| 2008 | 0 | 106 | 0% | $ - | $ 28,439.85 | 0% |
| 2009 | 0 | 88 | 0% | $ - | $ 16,328.23 | 0% |
| 2010 | 0 | 6 | 0% | $ - | $ 5,115.00 | 0% |
| 2011 | 27 | 45 | 60% | $ 11,201.94 | $ 25,205.85 | 44% |
| 2012 | 364 | 604 | 60% | $ 48,928.17 | $ 141,473.79 | 35% |
| 2013 | 537 | 1,034 | 52% | $ 74,511.18 | $ 230,258.15 | 32% |
| 2014 | 166 | 637 | 26% | $ 36,503.15 | $ 215,927.69 | 17% |
| 2015 | 371 | 827 | 45% | $ 68,570.13 | $ 212,784.20 | 32% |
| 2016 | 353 | 830 | 43% | $ 57,113.24 | $ 259,194.06 | 22% |
| 2017 | 610 | 940 | 65% | $ 84,752.17 | $ 242,725.96 | 35% |
| 2018 | 1,719 | 2,218 | 78% | $ 213,028.66 | $ 429,367.55 | 50% |
| 2019 | 4,882 | 5,651 | 86% | $ 591,639.19 | $ 827,192.03 | 72% |
| 2020 | 7,962 | 8,832 | 90% | $ 1,098,439.80 | $ 1,355,278.34 | 81% |
| 2021 | 11,885 | 12,909 | 92% | $ 1,530,668.94 | $ 1,809,668.47 | 85% |
| **Grand Total** | **28,876** | **34,727** | **83%** | **$ 3,815,356.57** | **$ 5,798,959.17** | **66%** |





61.     A review of Worldpay[4] credit card records show the following sales from 2016 (the first full year of Top Dollar Pawn credit card data) to 2021:

| Year | Gross $ of Credit Card Transactions | # of Payment Transactions |
|------|-------------------------------------|---------------------------|
| 2016 | $ 1,404,173.63 | 12,743 |
| 2017 | $ 1,566,975.76 | 14,569 |
| 2018 | $ 1,785,246.41 | 16,218 |
| 2019 | $ 1,968,759.95 | 17,976 |
| 2020 | $ 2,601,874.52 | 22,942 |
| 2021 | $ 3,093,274.68 | 22,966 |
| Grand Total | $ 12,420,304.95 | 107,414 |



62.     Total credit card sales in 2016 was $1,404,173.63.  Total credit card sales in 2021 was $3,093,274.68, an increase of 120%.  Further, credit card sales increased 73% from 2018 to 2021.

**Money Laundering**

63.     As described above, Top Dollar Pawn LLC, through its four brick and mortar locations, and ongoing online retail sales, is engaged in money laundering.  Specifically, the receipt of seemingly legitimate goods for pawn and false reporting of receipt of goods in LeadsOnline obscures the illegal receipt and sale of stolen goods, making such financial transactions appear to be legitimate business of a pawn store.  By concealing the true nature and source of the funds, that is the sale of stolen property, Top Dollar Pawn LLC is a business engaged in money laundering.

64.     Pursuant to 18 U.S.C, § 981(a)(1)(A), any property real or personal, involved in money laundering, and property traceable thereto, is subject to forfeiture.  Property

---

[4] Worldpay is a merchant services and payment processing provider.  Top Dollar Pawn began using Worldpay to process credit card transactions in December 2015.

involved in money laundering includes the proceeds of the criminal offense, other property being laundered, including untainted, commingled property, and property used to facilitate the commission of the offense. *United States v. Nicolo*, 597 F.Supp.2d 342, 347-48 (W.D.N.Y. 2009) ("The term involved in has consistently been interpreted broadly by court to include any property involved in, used to commit, or used to facilitate the money laundering offense.").

65.     In this case, your affiant submits that all accounts, funds, and inventory belonging to Top Dollar Pawn LLC, legitimate and stolen (other than that on consignment as a true pawn, which is readily determined by a tag on the item), are property involved in money laundering.

## FINANCIAL ACCOUNTS

**Top Dollar Pawn LLC Accounts**

66.     Top Dollar Pawn LLC has several bank accounts it uses for operating its four stores and online sales.  These accounts appear to be segregated by purpose and source of receipts, as follows, and described in more detail below:

- Pueblo Bank and Trust Account #4206 primarily receives funds from Merchant Services, which is indicative of credit card sales at all four physical stores;

- Pueblo Bank and Trust Account #6006, Account #6014, Account #5650, Account #8286, and Community Banks of Colorado Account #8221 primarily receive deposits from eBay online sales, seemingly associated with different eBay stores;

- Legacy Bank Account #5512 receives deposits from other Top Dollar Pawn LLC for the purposes of paying payroll to all Top Dollar Pawn LLC employees;

- Pueblo Bank and Trust Account #1456 receives deposits from other Top Dollar Pawn LLC accounts, which are then withdrawn in cash through this account;

- Pueblo Bank and Trust Account #5127 receives deposits from an ATM servicing company.

**Pueblo Bank and Trust Account #4206 (Credit Card Receipts)**

67.     Top Dollar Pawn Pueblo Bank and Trust account #102364206 was opened on or around November 8, 2021, held in the name of Top Dollar Pawn LLC Auto Debits/Credit Card Deposits.  At all times from opening through 2021, Jack Jargowsky and Mischa Jargowsky were authorized signors.

68.     Records analyzed from January 1, 2018, to December 31, 2021, showed there were credit card deposits totaling $355,362.52, which totals 100% of funds received.

69.     Records analyzed from January 1, 2018, to December 31, 2021, showed there were net transfers to other Top Dollar Pawn bank accounts, totaling $128,766.57; payments to Top Land Investment, totaling $60,000.00; tax related payments, totaling $54,422.80; payments to other entities and individuals, totaling $22,747.28; payments to Jack and Mischa Jargowsky, totaling $10,000.00, and loan payments, totaling $7,000.00.

70.     In light of the above, there is probable cause to believe that all funds held in Pueblo Bank and Trust Account #4206, constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, and property involved in money laundering in violation of 18 U.S.C. § 1956.

### *Facilitating Sunflower Bank Account #6374 (credit card receipts)*

71.     Prior to using Pueblo Bank and Trust Account #4206, Top Dollar Pawn received its credit card receipts into Sunflower Bank account #1100346374.  Sunflower

Bank account #6374 was opened on or around April 18, 2013,and was closed on or around November 23, 2021.  At all times from opening through 2021, Jack Jargowsky and Mischa Jargowsky were authorized signors.

72.     Records analyzed from January 1, 2018, to December 31, 2021, showed there were credit card deposits totaling $9,056,698.95 and payments from Jack and Mischa Jargowsky totaling $80,003.00, which totals 100% of funds received.

73.     Records analyzed from January 1, 2018 to December 31, 2021 showed net transfers to other Top Dollar Pawn bank accounts, totaling $3,466,233.43; payments to Top Land Investment, totaling $1,403,500.00; payments to Jack and Mischa Jargowsky, totaling $1,349,664.00; payments to other entities and individuals, totaling $1,269,918.50; tax related payments, totaling $1,052,018.04; loan payments, totaling $432,580.11; credit card payments, totaling $104,375.92, and payments to Top Construction totaling $59,132.49.

**Pueblo Bank and Trust Account #6006 (eBay sales)**

74.     Top Dollar Pawn Pueblo Bank and Trust account #102296006 was opened on or around October 3, 2019, in the name of Top Dollar Pawn LLC eBay North.  At all times from opening through 2021, Jack Jargowsky and Mischa Jargowsky were authorized signors.

75.     Records analyzed from January 1, 2018, to December 31, 2021, showed there were eBay deposits totaling $1,106,800.50, which totals 100% of funds received.

76.     Records analyzed from January 1, 2018, to December 31, 2021, showed net transfers to other Top Dollar Pawn Bank accounts, totaling $535,000.00, credit card payments totaling $450,549.78, payments to Jack and Mischa Jargowsky, totaling $40,000.00, payments to other entities and individuals totaling $37,198.80, and cash withdrawals totaling $20,100.00.

77.     In light of the above, there is probable cause to believe that all funds held in Pueblo Bank and Trust Account #6006, constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. § 1956.

**Pueblo Bank and Trust Account #6014 (eBay sales)**

78.     Top Dollar Pawn Pueblo Bank and Trust account #102296014 was opened on or around October 3, 2019, in the name of Top Dollar Pawn LLC eBay South.  At all times from opening through 2021, Jack Jargowsky and Mischa Jargowsky were authorized signors.

79.     Records analyzed from January 1, 2018, to December 31, 2021, showed there were eBay deposits totaling $975,698.51, which totals 100% of funds received.

80.     Records analyzed from January 1, 2018, to December 31, 2021, showed credit card payments, totaling $814,076.62; net transfers to other Top Dollar Pawn Bank accounts, totaling $76,000.00, and payments to Jack and Mischa Jargowsky, totaling $60,000.00.

81.     In light of the above, there is probable cause to believe that all funds held in Pueblo Bank and Trust Account #6014, constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. § 1956.

**Pueblo Bank and Trust Account #5650 (eBay sales)**

82.     Top Dollar Pawn Pueblo Bank and Trust account #102325650 was opened on or around November 2, 2020, in the name of Top Dollar Pawn LLC E-Commerce.  At all times from opening through 2021, Jack Jargowsky and Mischa Jargowsky were authorized signors.

83.     Records analyzed from January 1, 2018, to December 31, 2021, showed there were eBay deposits totaling $578,995.94, which totals 100% of funds received.

84.     Records analyzed from January 1, 2018, to December 31, 2021, showed net transfers to other Top Dollar Pawn Bank accounts, totaling $555,000.00, and cash withdrawals, totaling $10,000.00.

85.     In light of the above, there is probable cause to believe that all funds held in Pueblo Bank and Trust Account #5650, constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. § 1956.

**Pueblo Bank and Trust Account #8286 (eBay sales)**

86.     Top Dollar Pawn Pueblo Bank and Trust account #102348286 was opened on or around April 29, 2021, in the name of Top Dollar Pawn LLC Credit Card.  At all times from opening through 2021, Jack Jargowsky and Mischa Jargowsky were authorized signors.

87.     Records analyzed from January 1, 2018, to December 31, 2021, showed there were eBay deposits totaling $127,699.68, which totals 100% of funds received.

88.     Records analyzed from January 1, 2018, to December 31, 2021, showed there were net transfers to other Top Dollar Pawn bank accounts, totaling $105,000.00.

89.     In light of the above, there is probable cause to believe that all funds held in Pueblo Bank and Trust Account #8286, constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. § 1956.

**Community Banks of Colorado Account #8221 (eBay sales)**

90.     Top Dollar Pawn Community Banks of Colorado account #725908221 was opened on or around July 6, 2007, in the name of Top Dollar Pawn LLC.  At all times from opening through 2021, Jack Jargowsky and Mischa Jargowsky were authorized signors.

91.     Records analyzed from January 1, 2018, to December 31, 2021, showed there were eBay deposits totaling $448,500.00, which totals 99% of funds received.

92.     Top Dollar Pawn Community Bank of Colorado account #8221 was primarily used to pay credit card expenses.

93.     Records analyzed from January 1, 2018, to December 31, 2021, showed the primary use of funds were credit card payments totaling $438,814.22 and transfers to another Top Dollar Pawn account totaling $10,000.00.

94.     In light of the above, there is probable cause to believe that all funds held in Community Banks of Colorado Account #8221, constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. § 1956.

**Legacy Bank Account #5512 (Payroll)**

95.     Top Dollar Pawn Legacy Bank account #155512 was opened on or around September 28, 2005, in the name of Top Dollar Pawn LLC.  At all times from opening through 2021, Jack Jargowsky and Mischa Jargowsky were authorized signors.

96.     From January 1, 2018, to December 31, 2021, there were net transfers from other Top Dollar Pawn bank accounts, totaling $4,618,913.65; precious metal/jewelry related deposits, totaling $905,924.81; cash deposits, totaling $463,200.00; deposits from

Jack and Mischa Jargowsky's personal bank accounts, totaling $450,019.00; and eBay deposits, totaling $292,800.00, all of which totals 97% of funds received.

97.     Top Dollar Pawn Legacy Bank account #5512 was primarily used to pay payroll expenses.

98.     Records analyzed from January 1, 2018, to December 31, 2021, showed payroll related expenses, totaling $4,445,597.06; cash withdrawals, totaling $1,867,937.50; payments to other entities and individuals, totaling $408,051.49; payments to Jack and Mischa Jargowsky, totaling $112,918.25; loan payments, totaling $81,600.17; and a payment to Top Construction, totaling $11,000.00.

99.     Based on an analysis of the latest bank records, payroll is paid approximately every two weeks and totals approximately $52,500.00 per pay period.

100.     In light of the above, there is probable cause to believe that all funds held in Legacy Bank Account #5512, constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. § 1956. However, your affiant is not requesting seizure of funds sufficient to cover $52,500.00 in payroll, so that Top Dollar Pawn may pay its existing employees after the execution of search and seizure warrants.

**Pueblo Bank and Trust Account #1456 (cash withdrawals)**

101.     Top Dollar Pawn Pueblo Bank and Trust account #102331456 was opened on or around November 25, 2020, in the name of Top Dollar Pawn LLC.  At all times from opening through 2021, Jack Jargowsky and Mischa Jargowsky were authorized signors.

102.     Records analyzed from January 1, 2018, to December 31, 2021, showed there were net transfers from other Top Dollar Pawn bank accounts, totaling $1,831,000.00;

precious metal/jewelry related deposits, totaling $37,475.00; and payments from Jack and Mischa Jargowsky, totaling $40,001.00, which totals 99% of funds received

103.    Top Dollar Pawn Pueblo Bank and Trust account #1456 was primarily used for cash withdrawals.

104.    Records analyzed from January 1, 2018, to December 31, 2021, showed cash withdrawals totaling $1,863,593.00 and a purchase of a car totaling $41,000.00.

105.    In light of the above, there is probable cause to believe that all funds held in Pueblo Bank and Trust Account #1456, constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. § 1956.

**Pueblo Bank and Trust Account #5127 (ATM)**

106.    Top Dollar Pawn Pueblo Bank and Trust account #101035127 was opened on or around January 9, 2013, in the name of Top Dollar Pawn LLC.  At all times from opening through 2021, Jack Jargowsky and Mischa Jargowsky were authorized signors.

107.    Records analyzed from January 1, 2018, to December 31, 2021, showed there were ATM settlement deposits totaling $1,424,537.81 and loan proceeds totaling $589,609.10[5], which totals 99% of funds received.

108.    The ATM settlements are comprised of transfers from individuals' bank accounts that had withdrawn cash at an ATM at a Top Dollar Pawn location; thus, these transfers are directly traceable to the currency deposited into the ATM machines.

109.    Records analyzed from January 1, 2018, to December 31, 2021, showed the primary use of funds were net transfers to other Top Dollar Pawn Bank accounts, totaling

---

[5] Top Dollar Pawn received a PPP loan in the amount of $199,413.65 in April 2020, which was forgiven in June 2021.

$1,576,913.65, payments to Jack and Mischa Jargowsky totaling $259,000.00, and loan payments totaling $100,063.79.

110.    In light of the above, there is probable cause to believe that all funds held in Pueblo Bank and Trust Account #5127, constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. § 1956.

## ALL CURRENCY HELD IN ATMS LOCATED AT TOP DOLLAR PAWN LOCATIONS

111.    As described above, each location of Top Dollar Pawn has an ATM on site for customers to use.  It appears that Top Dollar Pawn services these ATMs by inserting Top Dollar Pawn cash into them for customers to withdraw, as Top Dollar Pawn does not appear to be depositing cash.   Instead, as evidenced in recent Currency Transaction Reports (CTRs), Top Dollar Pawn is withdrawing large sums of currency.  From January 1, 2022, to June 1, 2022, thirty-four currency transaction reports were filed by Pueblo Bank & Trust Company for cash withdrawals associated with Top Dollar Pawn LLC totaling $662,330.00.

112.    When individuals withdraw currency from the ATMs at the Top Dollar Pawn locations, their financial institutions then reconcile these withdrawals with Top Dollar Pawn, which transfers are then deposited into Top Dollar Pawn Pueblo Bank and Trust Account #5127.

## INVENTORY AT TOP DOLLAR PAWN LOCATIONS

113.    In this case, the Top Dollar Pawn business in its entirety is subject to forfeiture as property involved in money laundering, including the inventory.  Accordingly, the

inventory of items located in the following locations constitute property involved in money laundering, and are, therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A):

- Inventory at Top Dollar Pawn located at 6385 N. Academy Blvd. Colorado Springs, Colorado;

- Inventory at Top Dollar Pawn located at 275 S. Academy Blvd. Colorado Springs, Colorado;

- Inventory at Top Dollar Pawn located at 1301 W. 4th Street Pueblo, Colorado;

- Inventory at Top Dollar Pawn located at 902 US-50 West Pueblo, Colorado;

- All connex boxes and its contents at Top Dollar Pawn located at 6385 N. Academy Blvd. Colorado Springs, Colorado;

- All connex boxes and its contents at Top Dollar Pawn located at 275 S. Academy Blvd. Colorado Springs, Colorado;

- All connex boxes and its contents at Top Dollar Pawn located at 1301 W. 4th Street Pueblo, Colorado; and

- All connex boxes and its contents at Top Dollar Pawn located at 902 US-50 West Pueblo, Colorado.

## ADDITIONAL ASSOCIATED ACCOUNTS

### Top Land Investment Legacy Bank Account #3678

114.    Top Land Investment Legacy Bank account #163678 was opened on or around March 28, 2007, in the name of Top Land Investment LLC.  At all times from opening through 2021, Jack Jargowsky was the authorized signor.

115.    Top Land Investment owns the real property where the following stores are located.

- Top Dollar Pawn located at 6385 N. Academy Blvd. Colorado Springs, Colorado;

- Top Dollar Pawn located at 275 S. Academy Blvd. Colorado Springs, Colorado;

- Top Dollar Pawn located at 1301 W. 4th Street Pueblo, Colorado;

- Top Dollar Pawn located at 902 US-50 West Pueblo, Colorado;

116.     From January 1, 2018, to December 31, 2021, deposits totaling $843,500.00 from Top Dollar Pawn associated accounts, specifically Sunflower Account #6374, Legacy Bank Account #5512, and Pueblo Bank and Trust Account #4206, were transferred to Legacy Bank Account #3678.  These deposits were routine monthly deposits.  The source of all of these transfers were receipts from Top Dollar Pawn LLC's pawn business.

117.     In addition, a one-time deposit of $30,000.00 from Jack and Mischa Jargowsky (which was funded by a rent check from Top Dollar Pawn) was deposited into Legacy Bank Account #3678.

118.     Therefore, the primary source of funds to the Top Land Investment Legacy Bank account #3678 was Top Dollar Pawn LLC's rent payments, making up 99.9% of funds received.

119.     From January 1, 2018, to December 31, 2021, loan payments totaling $569,149.20, payments to Land Title Guarantee Company totaling $162,177.84, tax related payments totaling $80,490.73, and payments to Jack and Mischa Jargowsky, totaling $26,000.00 were withdrawn from Legacy Bank Account #3678.

120.     In light of the above, there is probable cause to believe that all funds held in Legacy Account #3678, constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. § 1956.

**Top Construction LLC Legacy Bank Account #4528**

121. Top Construction Legacy Bank account #154528 was opened on or around June 7, 2005, held in the name of Top Construction LLC. At all times from opening through 2021, Jack Jargowsky was the authorized signor.

122. Top Construction Legacy Bank account #4528 appears to be used to fund construction projects on the commercial real estate owned by Top Land Investment LLC, where the Top Dollar Pawn stores are physically located.

123. Records analyzed from January 1, 2018, to December 31, 2021, showed there were deposits from Top Dollar Pawn associated accounts, totaling $70,132.49, which is 83% of funds received. Specifically, Sunflower Account #6374 (credit card receipts) and Legacy Bank Account #5512 (payroll) transferred $59,132.49 and $11,000.00 to Legacy Bank Account #4528, respectively. Based on review of funds disbursed from Legacy Bank Account #4528, these payments represent cost for construction.

124. Records analyzed from January 1, 2018, to December 31, 2021, showed the primary use of funds were payments to Jack and Mischa Jargowsky totaling $25,000.00, which is 37% of funds disbursed.

125. In light of the above, there is probable cause to believe that all funds held in Legacy Account #4528, constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. § 1956.

**Jack and Mischa Jargowsky**

### Legacy Bank Account #5395

126.     Legacy Bank account #155395 was opened on or around August 31, 2005, in the name of Jack Jargowsky.  At all times from opening through 2021, Jack Jargowsky and Mischa Jargowsky were authorized signors.

127.     From January 1, 2018, to December 31, 2021, Legacy Bank Account #5395 received a total of $2,909,479.70 in deposits.

128.     Records analyzed from January 1, 2018, to December 31, 2021, showed that 75% of funds received were from entities owned by Jack Jargowsky as follows:

- Top Dollar Pawn - $1,769,364.38
- Top Land Investment - $210,000.00
- Top Land Development West Lee Hills - $190,000.00
- Top Construction - $25,000.00

129.     In addition, from January 1, 2018, to December 31, 2021, Jack Jargowsky Legacy Bank account #5395 received deposits from other sources totaling $715,115.32, including proceeds from the sale of real estate, social security deposits, and insurance related deposits.

130.     From January 1, 2018, to December 31, 2021, withdrawals from Legacy Bank Account #5395 totaled $2,898,593.46.

131.     Records analyzed from January 1, 2018, to December 31, 2021, showed that 19% of all funds disbursed were to entities owned by Jack Jargowsky or related to Jack Jargowsky as follows:

- Top Dollar Pawn - $520,023.00
- Top Land Investment - $30,000.00
- Walter Mauro - $7,000.00
- Top Land Development - $1,020.00

132.     In addition, from January 1, 2018, to December 31, 2021, Jack Jargowsky Legacy Bank account #5395 had the following withdrawals:

- Net transfers to other Mischa and Jack Jargowsky accounts totaling $243,335.17, including $100,235.17 to Pueblo Bank and Trust account #8278 and $20,000.00 to Pueblo Government Agencies Federal Credit Union savings account #5349-00;

- Mortgage payments toward personal residence located at 4810 Polo Court, Pueblo, Colorado, totaling $503,646.59 (this address is used as the business address for Top Dollar Pawn, Top Land Investment, and Top Construction);

- Payments toward the purchase and loans of property located in Rye, Colorado, totaling $151,000.00; and

- Auto related payments, totaling $73,252.54; and

- A wire transfer to TD Ameritrade account #865-019551 totaling $100,000.00.

133.     As of June 13, 2022, the balance in Legacy Bank account #5395 was $30,848.58.

134.     In light of the above, there is probable cause to believe that all funds held in Legacy Account #5395 constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. § 1956.

### Pueblo Bank and Trust Account #8278

135.     Pueblo Bank and Trust account #102348278 was opened on or around April 29, 2021, in the name of Mischa Jargowsky and Jack Jargowsky.  At all times from opening through 2021, Jack Jargowsky and Mischa Jargowsky were authorized signors.

136.    From April 29, 2021, to December 31, 2021, other than $6.50 in earning payments from the bank, the only source of funds was an opening account transfer of $100,235.17 on approximately June 29, 2021 from Jack Jargowsky Legacy Bank account #5395.

137.    Records analyzed from January 1, 2018, to December 31, 2021, showed there was a payment to Top Dollar Pawn LLC, totaling $50,000.00 and a loan payment totaling $5,000.00.

138.    In light of the above, there is probable cause to believe that all funds up to $45,000.00 held in Pueblo Bank and Trust Account #8278 constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. § 1956.

### Pueblo Government Agencies Federal Credit Union Account #5349-00

139.    Mischa Jargowsky Pueblo Government Agencies Federal Credit Union savings account #5349-00 (PGA Federal Credit Union account #5349-00) was opened on or around January 5, 1990.  At all times from opening through 2021, Mischa Jargowsky was the authorized signor.

140.    From January 1, 2018, to December 31, 2021, PGA Federal Credit Union account #5349-00 received deposits from Top Dollar Pawn accounts, totaling $60,000.00, as well as deposits from Jargowsky Legacy Bank account #5395, totaling $20,000.00, which had previously received over $1.7 million from Top Dollar Pawn LLC associated accounts.

141.    From January 1, 2018, to December 31, 2021, transfers totaling $65,100.00 were made from PGA Federal Credit Union account #5349-00 to Mischa Jargowsky's Pueblo Government Agencies Federal Credit Union account #5349-79.

142.    In light of the above, there is probable cause to believe that funds up to $14,900.00 held in PGA Federal Credit Union account #5349-00 constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. § 1956.

### TD Ameritrade account #865-019551

143.    TD Ameritrade account #865-019551 was opened on or around November 29, 2012, held in the name of Jack Jargowsky and Mischa Jargowsky as joint tenants.

144.    On or around March 19, 2020, a wire transfer of $100,000.00 was made to TD Ameritrade account #865-019551 from Legacy Bank account #5395, which had previously received over $1.7 million directly from Top Dollar Pawn bank accounts.

145.    As of February 28, 2022, the balance of TD Ameritrade account #865-019551 was $48,253.80.

146.    In light of the above, there is probable cause to believe that funds up to $100,000.00 held in TD Ameritrade account #865-019551 constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. § 1956.

**Fidelity & Guaranty Life Insurance Company, policy numbers L0263971 and L0263972**

*Facilitating ENT Federal Credit Union #2024-09*

147.     Jack Jargowsky ENT Federal Credit Union account # 2024-09 was opened on or around June 1986.  At all times from January 1, 2018, through 2021, Jack and Mischa Jargowsky were the authorized signors.

148.     Records analyzed from January 1, 2018, to December 31, 2021, showed that 99% of fund received were transfers totaling $90,600.00 from Jack Jargowsky Legacy Bank account #5395, which had previously received over $1.7 million directly from Top Dollar Pawn bank accounts.

149.     Records analyzed from January 1, 2018, to December 31, 2021, showed there were insurance -elated payments totaling $91,653.17 from ENT Federal Credit Union Account #2024-09, of which $21,623.52 went to Fidelity & Guaranty Life Insurance Company, policy numbers L0263971 and L0263972.

150.     In light of the above, there is probable cause to believe that Fidelity & Guaranty Life Insurance Company policy numbers L0263971 and L0263972 constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. §§ 1956 and 1957

**2015 JEEP WRANGLER AND 2017 FORD F-250**

151.     In approximately April 2015, Mischa and Jack Jargowsky purchased a 2015 Jeep Wrangler, VIN: 1C4BJWDG9FL645558.

152.     In approximately October 2016, Mischa and Jack Jargowsky purchased a 2017 Ford F-250, VIN: 1FT7W2BT7HEB17220.

### *Facilitating Advancial Federal Credit Union #0103-0001*

153.     Mischa Jargowsky Advancial Federal Credit Union savings account #0103-0001 was opened for the purpose of obtaining two car loans, a 2015 Jeep Wrangler on or around April 2015 and a 2017 Ford F-250 on or around October 2016.

154.     From January 1, 2018, to January 2021, $29,505.96 was paid from Legacy Bank account #5395 towards the 2015 Jeep Wrangler VIN: 1C4BJWDG9FL645558.

155.     From January 1, 2018, to January 2021, $43,746.58 was paid from Legacy Bank account #5395 towards the 2017 Ford F-250 VIN: 1FT7W2BT7HEB17220.

156.     Records analyzed from January 1, 2018, to December 31, 2021, showed the only source of funds to Advancial Federal Credit Union savings account #0103-0001 was a transfer of $32,500.00 from Jack Jargowsky Legacy Bank account #5395 on January 4, 2021.  This $32,500.00 transfer from Jack Jargowsky Legacy Bank account #5395 was used to pay off the two car loans, $13,630.20 for the 2015 Jeep Wrangler VIN: 1C4BJWDG9FL645558 and $18,512.96 for 2017 Ford F-250 VIN: 1FT7W2BT7HEB17220.

157.     In light of the above, there is probable cause to believe that the 2015 Jeep Wrangler VIN: 1C4BJWDG9FL645558 and 2017 Ford F-250 VIN: 1FT7W2BT7HEB17220, constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. §§ 1956 and 1957.

**Walter Mauro**

### **ENT Federal Credit Union Account #6342-10 and 2013 Land Rover Evoque**

158.     Walter Mauro ENT Federal Credit Union account #6342-10 was opened on or around July 2002.  At all times from account opening through 2021, Walter Mauro was the

primary authorized signor.  Mischa Jargowsky and Daria Mauro are also joint owners of this account.

159.    From January 1, 2018, to December 31, 2021, ENT Credit Union account #6342-10 received a total of $481,258.64.

160.    Specifically, ENT Credit Union account #6342-10 received deposits from Top Dollar Pawn payroll, totaling $430,887.62, for Walter and Daria Mauro.

161.    In addition, during this timeframe, ENT Credit Union account #6342-10 received deposits from other entities and individuals totaling $20,155.38, transfers from Walter Mauro USAA account #9692-1 totaling $9,071.50, eBay deposits totaling $7,418.00, a deposit from Jack Jargowsky Legacy Bank account #5395, totaling $7,000.00, and a cash deposit totaling $5,700.00.

162.    From January 1, 2018, to December 31, 2021, withdrawals from ENT Credit Union account #6342-10, totaled $472,805.42.  Withdrawals totaling $21,314.92 from January 18, 2018, to August 18, 2020, was for a 2013 Land Rover Evoque VIN: SALVN2BG7DH772198.  This vehicle is titled to Walter Mauro.

163.    As of June 13, 2022 the balance in ENT Credit Union account #6342-10 is $11,980.31.

164.    In light of the above, there is probable cause to believe that all funds held in ENT Credit Union account #6342-10 constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. § 1956.

165.     In light of the above, there is probable cause to believe that 2013 Land Rover Evoque VIN: SALVN2BG7DH772198 constitute funds traceable to wire fraud in violation of 18 U.S.C. § 1343, funds traceable to the transfer of stolen property in violation of 18 U.S.C. § 2314, and property involved in money laundering in violation of 18 U.S.C. § 1957.



## CONCLUSION

166.     Pursuant to 18 U.S.C § 2314, it is unlawful to transport, transmit, or transfer in interstate commerce any good, wares, or merchandise, of the value of $5,000 or more, knowing the same to have been stolen, converted, or taken by fraud.  In this case, Top Dollar Pawn transported and transferred over $1.3 million in stolen goods.

167. Pursuant to 18 U.S.C. § 1343, it is unlawful to engage in a scheme to defraud and transmit a wire through interstate commerce for the purpose of executing such a scheme.  In this case, Top Dollar engaged in a scheme to defraud law enforcement by falsely representing the items it was receiving at its pawn shops.  In executing the scheme, they caused wires to be transmitted from Colorado, through the LeadsOnline website, whose servers are located in Texas.  Based on their falsification of information submitted to LeadsOnline, Top Dollar Pawn was able to avoid detection by law enforcement of the receipt of stolen items, which they were then able to retain and sell for a profit.

168. Pursuant to 18 U.S.C. § 1956, it is unlawful to engage in a financial transaction, knowing that the property involved in the financial transaction represents the proceeds of a specified unlawful activity with the intent to conceal or disguise the nature, location, source, ownership, or control of the proceeds of the unlawful activity.  Violations of both 18 U.S.C. §§ 1343 and 2314 constitute a specified unlawful activity.  See 18 U.S.C. § 1956(c)(7)(A), which provides all activities identified in 18 U.S.C. § 1961 are specified unlawful activities, which include 18 U.S.C. §§ 1343 and 2314.

169. Surveillance observations, GPS tracking devices, interviews of boosters, interviews of former Top Dollar Pawn employees, controlled buys of UC1-UC3, review of eBay records, and review of LeadsOnline transactions clearly indicate that Top Dollar Pawn, Jack Jargowsky, Mischa Jargowsky, Walter Mauro, and Daria Mauro illegally profited from the sale of stolen property in interstate commerce, as well as engaged in wire fraud.

170. Accordingly, there is probable cause to believe that the assets identified below constitute proceeds traceable to violations of Title 18, United States Code, Sections 1343, and 2314, and are, therefore, subject to forfeiture pursuant to Title 18, United States

Code, Section 981(a)(1)(C), and subject to seizure pursuant to Title 18, United States Code section 981(b).

171.   Further, as noted above, Top Dollar Pawn LLC engaged in money laundering by concealing and disguising the revenue received from the sale of stolen items in interstate commerce and wire fraud (falsifying the receipt of goods on LeadsOnline) in violation of 18 U.S.C. § 1956.   Accordingly, all assets, including accounts, inventory, and cash owned by Top Dollar Pawn LLC, as well as all property traceable to such property, constitute property involved in money laundering, pursuant to 18 U.S.C. § 981(a)(1)(A).

172.   Accordingly, your Affiant seeks a civil seizure warrant pursuant to 18 U.S.C. § 981(b) for the following property, as property traceable to violations of 18 U.S.C. § 2314, proceeds traceable to 18 U.S.C. § 1343, and as property involved in violations of 18 U.S.C. § 1956:

   a.   All funds held in the Pueblo Bank and Trust account #102364206 in the name of Top Dollar Pawn LLC Auto Debits/Credit Card Deposits;

   b.   All funds held in the Pueblo Bank and Trust account #102296006 in the name of Top Dollar Pawn LLC eBay North;

   c.   All funds held in the Pueblo Bank and Trust account #102296014 in the name of Top Dollar Pawn LLC eBay South;

   d.   All funds held in the Pueblo Bank and Trust account #102325650 in the name of Top Dollar Pawn LLC E-Commerce;

   e.   All funds held in the Pueblo Bank and Trust account #102348286 in the name of Top Dollar Pawn LLC Credit Card;

   f.   All funds held in the Community Banks of Colorado account #725908221 in the name of Top Dollar Pawn LLC;

   g.   All funds over $52,500.00 held in Legacy Bank account #155512 in the name of Top Dollar Pawn LLC;

h.  All funds held in the Pueblo Bank and Trust account #102331456 in the name of Top Dollar Pawn LLC;

i.  All funds held in the Pueblo Bank and Trust account #101035127 in the name of Top Dollar Pawn LLC;

j.  Currency in ATM at address 6385 N. Academy Blvd. Colorado Springs, Colorado;

k.  Currency in ATM at address 275 S. Academy Blvd. Colorado Springs, Colorado;

l.  Currency in ATM at address 1301 W. 4th Street Pueblo, Colorado;

m.  Currency in ATM at address 902 US-50 West Pueblo, Colorado;

n.  Inventory (other than that on consignment as a true pawn, which is readily determined by a tag on the item) of Top Dollar Pawn at 6385 N. Academy Blvd. Colorado Springs, Colorado;

o.  Inventory (other than that on consignment as a true pawn, which is readily determined by a tag on the item) of Top Dollar Pawn at address 275 S. Academy Blvd. Colorado Springs, Colorado;

p.  Inventory (other than that on consignment as a true pawn, which is readily determined by a tag on the item) of Top Dollar Pawn at address 1301 W. 4th Street Pueblo, Colorado;

q.  Inventory (other than that on consignment as a true pawn, which is readily determined by a tag on the item) of Top Dollar Pawn at address 902 US-50 West Pueblo, Colorado;

r.  All connex boxes, and their contents, at address 6385 N. Academy Blvd. Colorado Springs, Colorado;

s.  All connex boxes, and their contents, at address 275 S. Academy Blvd. Colorado Springs, Colorado;

t.  All connex boxes, and their contents, at address 1301 W. 4th Street Pueblo, Colorado;

u.  All connex boxes, and their accounts, at address 902 US-50 West Pueblo, Colorado;

v.  All funds held in the Legacy Bank account #163678 in the name of Top Land Investment LLC;

w.  All funds held in the Legacy Bank account #154528 in the name of Top Construction, Inc.;

x.  All funds held in the Legacy Bank account #155395 in the name of Jack Jargowsky;

y.  All funds up to $45,000.00 held in the Pueblo Bank and Trust account #102348278 in the name of Mischa L. Jargowsky and Jack R. Jargowsky;

z.  All funds up to $14,900.00 held in the Pueblo Government Agencies Federal Credit Union account #5349-00 in the name of Mischa Jargowsky;

aa. All funds up to $100,000.00 held in the TD Ameritrade account #865-019551 in the name of Jack Robert Jargowsky & Mischa Lee Jargowsky Jt Ten;

bb. Fidelity & Guaranty Life Insurance Company, policy number L0263971 in the name of Mischa Jargowsky, imcluding surrender or cash-out value;

cc. Fidelity & Guaranty Life Insurance Company, policy number L0263972 in the name of Jack Jargowsky, including surrender or cash-out value;

dd. 2015 Jeep Wrangler, VIN: 1C4BJWDG9FL645558;

ee. 2017 Ford F-250, VIN: 1FT7W2BT7HEB17220;

ff. All funds held in the ENT Federal Credit Union account #63346342-10 in the name of Walter J Mauro; and

gg. 2013 Land Rover Evoque, VIN: SALVN2BG7DH772198.

s/*Justin Kempf*
Justin Kempf
Special Agent FBI

Reviewed and submitted by Tonya Andrews, Assistant United States Attorney.
Subscribed and sworn to before me on the 17th of June 2022.

_____
S. KATO CREWS
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO